Case 3:06-cv-00147-H   Document 2   Filed 01/20/06   Page 1 of 2   PageID 2

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 20 2006

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FAS TECHNOLOGIES, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | NO. 3-06CV0147-H |
| v. | § | |
| | § | JURY DEMANDED |
| NAKAN CORPORATION, TRIPHOL | § | |
| CORPORATION and SHINICHI | § | |
| MURAGUCHI, | § | |
| | § | |
| *Defendants.* | § | |

ORIGINAL

---

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

---

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

In accordance with L.R. 3.1(f), Plaintiff FAS Technologies LLC ("FAS"), hereby provides a "separately signed certificate of interested persons that contains a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent of subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the case":

(1)  FAS Technologies LLC;

(2)  Ohashi & Horn LLP,

(3)  Shore Chan Bragalone, LLP

(4)  Nakan Corporation;

(5)  Triphol Corporation; and

(6)  Shinichi Muraguchi.

Respectfully submitted,

**OHASHI & HORN LLP**
Republic Center
325 N St. Paul Street, Suite 4400
Dallas, Texas 75201
214.743.4170
214.743.4179 (Fax)

By: _____
Jeff J. Horn, Jr., Attorney-in-Charge
State Bar No. 24027234
jeffhorn@ohashiandhorn.com
Vance P. Freeman
State Bar No. 24036595
vfreeman@ohashiandhorn.com

**SHORE CHAN BRAGALONE, LLP**
Republic Center
325 North Saint Paul Street-44th Floor
Dallas, Texas 75201
214.743.4180 Telephone
425.799.4180 Facsimile
Michael W. Shore
Texas State Bar No. 18294915
shore@shorechan.com
Alfonso Garcia Chan
Texas State Bar No. 24012408
achan@shorechan.com
Jeff Bragalone
Texas State Bar No. 02855775
jbragalone@shorechan.com
Joseph F. DePumpo
Texas State Bar No. 00787355
jdepumpo@shorechan.com